GEORGE DE PERPIGNA, Respondent, v. SPIRO PERSINACHI, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

STEINER HURD, Appellant, v. ARTHUR M. HURD, Respondent.— Orders unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

JULES I. BROBACK, Respondent, v. CHAUTAUQUA PLY WOOD CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MAURICE E. PROCTOR et al., Copartners Doing Business as PROCTORS PRODUCTS, Appellants, v. EMCO METAL MFG. CORPORATION, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ELENOR SILBERMAN, Respondent, v. LOUIS SILBERMAN, Appellant.— In the special circumstances of this case the question as to the amount of alimony can best be determined upon a trial which should be had with all convenient speed. Order unanimously affirmed, with $20 costs and disbursements. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

EDSTRAND BROTHERS, INC., Respondent, v. ALICE G. HANSEN, Individually and Doing Business under the Name of PITTSBURGH MILL STEEL COMPANY, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

FLORENCE HANSEN, as Administratrix of the Estate of JOHN A. HANSEN, Deceased, v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals granted. Questions certified. Motion for reargument denied. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 196.]

JAMES EAGLE v. CITY OF NEW YORK.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 273 App. Div. 990.]

IRVING TRUST COMPANY, as Trustee, Respondent, v. PETER H. WALTON et al., Respondents, and JOHN H. SHANNON et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 119.]

HERBERT MITCHELL, Appellant, v. ZARKIN MACHINE CO., INC., Defendant, and EMIL K. ELLIS, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 779; post, p. 1034.]